**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

**JUDGE PHILIP A. BRIMMER**

**COURTROOM MINUTES**

---

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: July 29, 2013 |
| Court Reporter: Janet Coppock | Time: 25 minutes |
| Probation Officer: Ryan Henry | Interpreter: n/a |

**CASE NO. 12-CR-00243-2**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Kasandra Carleton |
| Plaintiff, | |
| vs. | |
| **2.  JESUS SEGOVIA,** | Harvey Steinberg |
| Defendant. | |

---

**SENTENCING**

---

**1:34 p.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is present and in custody.

**ORDERED:**  The statement of facts in the Plea Agreement and the Presentence Report are not disputed by the parties and are adopted in the Court's factual findings in this case. The report is incorporated by reference as part of the Court's findings and conclusions.

Argument by Ms. Carleton in support of the United States' §5K1.1 Motion for Downward Departure From the Sentencing Guideline Range and comments addressing sentencing.

Page Two
12-CR-00243-PAB-2
July 29, 2013

Comments by Mr. Steinberg addressing sentencing.

Court states its findings and conclusions.

**ORDERED:** United States' §5K1.1 Motion for Downward Departure From the Sentencing Guideline Range [Docket No. 543] is **GRANTED.**

**ORDERED:** Defendant's Motion for Variant Sentence [Docket No. 539] is **DENIED as MOOT.**

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Defendant entered his plea on **May 13, 2013** to counts **One and Twenty-Three of the Indictment.**

**ORDERED:** Court **ACCEPTS** the Plea Agreement.

Court considers statutory factors of 18 USC § 3553(a) in arriving at sentence.

**ORDERED:** Defendant shall be **imprisoned** for **120** months as to counts One and Twenty-Three, to be served concurrently.

Court RECOMMENDS that the Bureau of Prisons place the defendant at **a facility in Colorado**.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **5** years as to count One and **3** years as to count Twenty-Three, to be served concurrently.

**ORDERED: Conditions** of Supervised Release that:
- (**X**) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (**X**) While on supervised release, the defendant shall not commit another federal, state, or local crime, shall not possess a firearm as defined in 18 U.S.C. § 921, and shall comply with the standard conditions that have been adopted by this Court.
- (**X**) Defendant shall not unlawfully possess a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.

Page Three
12-CR-00243-PAB-2
July 29, 2013

      (**X**)    Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

      ()    Mandatory drug testing provisions of 18 U.S.C. § 3583(d) are WAIVED because the presentence investigation report indicates a low risk of future substance abuse by the defendant.

**ORDERED:** **Special Condition** of Supervised Release that:

      (**X**)    Defendant shall participate in and successfully complete a program of testing and/or treatment for substance abuse as directed by the probation officer until such time as defendant is released from the program by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. (Defendant will be required to pay the cost of treatment as directed by the probation officer.

**ORDERED:** Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:** **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:** Government's Motion for Defendant to Receive Three Level Decrease for Acceptance of Responsibility Under U.S.S.G. §3E1.1(b) [Docket No. 544] is **GRANTED.**

**ORDERED:** Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Jesus Segovia [Docket No. 545] is **GRANTED.**

**ORDERED:** Defendant advised of right to appeal. To the extent to which the defendant has waived some appellate rights, he is directed to consult with the plea agreement and his attorney. Any notice of appeal must be filed within 14 days.

**ORDERED:** A copy of the presentence report shall be forwarded to the U.S. Bureau of Prisons and the U.S. Sentencing Commission.

**ORDERED:** Defendant is REMANDED to the custody of the U.S. Marshal.

**1:59 p.m.**    **COURT IN RECESS**

**Total in court time:**    **25 minutes**

**Hearing concluded**