IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Philip A. Brimmer

Criminal Case No. 12-cr-00243-PAB-2

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    JESUS SEGOVIA,

    Defendant.

## ORDER

This matter is before the Court on the Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Jesus Segovia [Docket No. 545]. The Court has reviewed the pleading and is fully advised in the premises. It is

**ORDERED** that the Government's Motion to Dismiss Remaining Counts of the Indictment as to Defendant Jesus Segovia [Docket No. 545] is granted. Counts 2, 7, 8, 12, 18, 24-27, 29-32, 35, 36, 39, 40, 73, 74, 80-87, 92, and 93 of the Indictment are dismissed as to defendant Jesus Segovia.

    DATED July 29, 2013.

                          BY THE COURT:

                          PHILIP A. BRIMMER
                          United States District Judge